

Thursday, July 21, 2016 15:53:38
2421–2447 N Clark St Chicago IL 60614
United States



Thursday, July 21, 2016 15:56:53
2442 N Clark St Chicago IL 60614 United States



Thursday, July 21, 2016 15:53:36
2421-2447 N Clark St Chicago IL 60614
United States



Thursday, July 21, 2016 15:53:30
2421–2447 N Clark St Chicago IL 60614
United States



Thursday, July 21, 2016 15:53:56
2421–2447 N Clark St Chicago IL 60614
United States