# CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-5022

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**M S News and Tobacco, Inc. and Shazi Mateen**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Shazi Mateen**, at **602 N Pinecrest Road, Bolingbrook, IL 60440**, with the **Summons & Second Amended Complaint for Injunctive Relief and Damages** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Notes |
|---|---|---|
| 05/12/2020 | 08:20 AM | Address is a single family home. No answer at door. The defendants Mercedes and BMW are parked in the driveway. |
| 05/15/2020 | 03:40 PM | No answer at door, front shades are drawn. Both defendant vehicles are parked in the driveway. |
| 05/18/2020 | 11:40 AM | Three vehicles in driveway including both defendant vehicles. No answer at door. Called possible defendant phone number 630-748-9043 and left a voicemail. |
| 05/20/2020 | 03:15 PM | No answer at door. Mercedes is parked in the driveway. |
| 05/22/2020 | 05:25 PM | No answer at door. Mercedes is parked in the driveway. |
| 05/25/2020 | 01:25 PM | No answer at door. 3 vehicles are parked in the driveway including both defendant vehicles. |
| 05/28/2020 | 08:20 AM | No answer at door. Same three vehicles are parked in the driveway including both defendant vehicles. |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct.

Signature: *Jacob Osojnak*

Jacob Osojnak
Registration No: 115.002263

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Job #: **436374**